UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GERARDO DOCENA, individually and on behalf of all others similarly situated<br><br>      Plaintiff,<br><br>   v.<br><br>NAVY FEDERAL CREDIT UNION, a Virginia Corporation<br><br>      Defendant. | CASE NO.: 3:15-CV-00184-LRH-WGC |

**STIPULATION AND ORDER TO EXTEND THE BRIEFING
DEADLINES ON DEFENDANT'S MOTION TO DISMISS
(FIRST REQUEST)**

1

1     Defendant Navy Federal Credit Union ("Navy Federal") and Plaintiff Gerardo Docena, by and through their respective counsel of record, hereby stipulate and agree as follow:

    1. Navy Federal filed a Motion to Dismiss (Dkt. No. 12) on June 30, 2015. Mr. Docena's response is currently due July 17, 2015.

    2. Mr. Docena has requested additional time to file his opposition to the Motion to Dismiss. In response to the request, Navy Federal requested additional time to file its reply brief in support of the Motion to Dismiss.

    3. Therefore, the parties stipulate and agree that Mr. Docena shall have up to and including Friday, July 24, 2015, to file his opposition to the Motion to Dismiss. The parties further stipulate and agree that Navy Federal shall have up to and including Tuesday, August 18, 2015, within which to file its reply in support of the Motion to Dismiss.

    4. The parties each requested extensions of time due to counsels' obligations and deadlines in other cases and planned vacations during the month of August. The extensions are not being sought for the purpose of delay.

    5. This is the first stipulation requesting an extension of time regarding the briefing on Navy Federal's Motion to Dismiss.

| | |
|---|---|
| DATED this 10th day of July, 2015. | DATED this 10th day of July, 2015. |
| DICKINSON WRIGHT PLLC | WETHERALL GROUP, LTD. |
| /s/ John P. Desmond | /s/ Randall K. Pulliam |
| John P. Desmond<br>Nevada Bar No. 5618<br>100 West Liberty Street, Suite 940<br>Reno, Nevada 89501<br>Tel: (775) 343-7505<br>Fax: (775) 786-0131<br>Email: jdesmond@dickinsonwright.com<br><br>*Attorneys for Defendant*<br>*NAVY FEDERAL CREDIT UNION* | Peter C. Wetherall<br>Nevada Bar No. 4414<br>9345 W. Sunset Road<br>Suite 100<br>Las Vegas, NV 89148<br>Tel: (702) 838-8500<br>Fax: (702) 837-5081<br><br>Randall K. Pulliam<br>Carney Bates & Pulliam, PLLC<br>2800 Cantrell Road<br>Suite 510<br>Little Rock, AR 72202<br><br>*Attorneys for Plaintiff*<br>*GERARDO DOCENA* |

## **ORDER**

Pursuant to the foregoing stipulation of the parties, IT IS HEREBY ORDERED.

DATED this 13th day of July, 2015.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE