UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GERARDO DOCENA, individually and on behalf of all others similarly situated,<br><br> Plaintiff,<br><br> v.<br><br>NAVY FEDERAL CREDIT UNION, a Virginia Corporation,<br><br> Defendant. | 3:15-CV-00184-LRH-WGC<br><br><br>ORDER |

Presently before the court is a joint request for oral argument on defendant's motion to dismiss (Doc. #12). Doc. #18.

Pursuant to LR 78-2 any and all motions may be considered, in the court's discretion, with or without a hearing. The court finds that the matters before the court are sufficiently complicated and procedurally significant to warrant a hearing. Good cause being shown,

IT IS THEREFORE ORDERED that plaintiffs' motion for oral argument (Doc. #18) is GRANTED.

IT IS FURTHER ORDERED that a hearing on defendants' motion to dismiss (Doc. #12) will be held on Tuesday, November 10, 2015, at 10:00 a.m. in Courtroom 3 of the Bruce R. Thompson U.S. Courthouse, 400 S. Virginia St., Reno, Nevada.

IT IS SO ORDERED.

DATED this 21st day of October, 2015.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE