AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

***** DISTRICT OF NEVADA

GERARDO DOCENA, individually and on behalf of all others similarly situated,

      Plaintiff,

V.

NAVY FEDERAL CREDIT UNION, a Virginia Corporation,

      Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:15-CV-00184-LRH-WGC**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Navy Federal's Motion to Dismiss(#12) is **GRANTED**, and this action is hereby **DISMISSED**.


  April 28, 2016                                                   **LANCE S. WILSON**
                                                                                 Clerk

                                                                           /s/ D. R. Morgan
                                                                            Deputy Clerk